UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Marcial Marez Landa,

Defendant.

Criminal No. 01-175 (01)(RHK/RLE)

**ORDER FOR APPOINTMENT OF COUNSEL**

---

Nicole Engish and James Lackner, Assistant United States Attorneys, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Plaintiff.

Katherine M. Menendez, Assistant Federal Defender, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendant.

---

The Court has determined that the defendant in the above matter is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

Dated: May 11, 2005

Honorable Richard H. Kyle
United States District Court Judge

MAY 11 2005
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Copy to AUSA & K. Menendez